IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LETICIA ROMERO,

    Plaintiff,                    3:11-cv-00582-HDM-WGC

  vs.                                  ORDER

WASHOE COUNTY, a political subdivision of the State of Nevada, *et al.*,

    Defendants.

_____/

    The Notice of Appeal (#40) was filed on October 29, 2013. Therefore, the Clerk's Office is directed to administratively close this case until a decision has been rendered on the appeal by the Ninth Circuit Court of Appeals. Leave is granted to the parties to petition the court to reopen this action at any time.

    IT IS SO ORDERED.

    Dated this 21st day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE