# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LETICIA ROMERO as the natural mother and legal guardian of MMR a, minor,<br><br>      Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada; DIANA MANN, individually and in her capacity as social worker for WASHOE COUNTY; JULIE BRANDT, individually and in her capacity as social worker for WASHOE COUNTY DOES I-10,<br><br>      Defendants.<br>_____/ | CASE NO.:   3:11-cv-00582-HDM-WGC<br><br><br>ORDER |

Before the Court is the Plaintiff's Petition for Compromise of a Minor's Claim (#75) in accordance with the settlement of the parties reached after settlement conference with Magistrate McQuaid. On 4/8/2016, a telephonic hearing was held regarding the Petition. The Petition, as modified during the telephonic hearing, is hereby **GRANTED.**

**IT IS ORDERED** that the settlement between Plaintiff and Washoe County in the amount of $ 120,000.00 is **APPROVED.** The settlement is to be disbursed $ 30,000.00 to Plaintiff Leticia Romero, individually, $ 30,000.00 to Plaintiff Leticia Romero on behalf of and for the benefit of the minor, MMR, and $ 60,000.00 to the attorneys for Plaintiff, Jeffrey Friedman, Esq. and William R. Kendall, Esq., as compensation for their prosecution of this matter.

The Court finds that $ 30,000.00 in compensatory damages allocated to the minor MMR in compromise of the minor's claims in this action is fair, reasonable, and in the best interest of MMR.

**IT IS FURTHER ORDERED** that upon receiving the compromise proceeds, Plaintiff shall establish a blocked financial investment account in the name of MMR at a Nevada state financial institution in the amount of THIRTY THOUSAND DOLLARS ($ 30,000.00).

**IT IS FURTHER ORDERED** that within 30 days after negotiating the compromise settlement check, the Plaintiff shall file with the Court proof that the blocked financial investment account has been established. Thereafter, the Plaintiff shall, until further order of the court, annually file with the court a verified report stating the interest earned upon the account and whether any withdrawals had been made from the account for the previous 12 month period.

**IT IS FURTHER ORDERED** that no money may be withdrawn from the blocked financial investment account until certification by the Court that MMR has reached the age of majority or the Court otherwise issues an order pursuant to NRS 41.200.

Dated this 12th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE